DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

VINCENT LLEWELLYN BROWN, II,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-4085
_____

June 28, 2024

Appeal from the Circuit Court for Hillsborough County; Samantha Ward, Judge.

Howard L. Dimmig, II, Public Defender, and William L. Sharwell, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Allison C. Heim, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.


LaROSE, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____


Opinion subject to revision prior to official publication.